No. 87–1823. MEN'S INTERNATIONAL PROFESSIONAL TENNIS COUNCIL ET AL. *v.* VOLVO NORTH AMERICA CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–1824. SKRIPICK *v.* OHIO. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 87–1825. WASTE MANAGEMENT OF WISCONSIN, INC. *v.* WISCONSIN DEPARTMENT OF NATURAL RESOURCES. Ct. App. Wis. Certiorari denied.

No. 87–1826. SMITH *v.* ROLEWICK, ADMINISTRATOR, ILLINOIS ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION. Sup. Ct. Ill. Certiorari denied.

No. 87–1828. ANDREWS ET AL. *v.* ADAMS ET AL. Sup. Ct. Ark. Certiorari denied.

No. 87–1832. DONNELLS *v.* WOODRIDGE POLICE PENSION BOARD ET AL. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 87–1833. FLORIDA *v.* SLAPPY. Sup. Ct. Fla. Certiorari denied.

No. 87–1849. GALLOWAY FARMS, INC. *v.* PHOENIX MUTUAL LIFE INSURANCE CO. Sup. Ct. Iowa. Certiorari denied.

No. 87–1880. KELLY *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 87–1937. CARL MARKS & CO. INC. ET AL. *v.* UNION OF SOVIET SOCIALIST REPUBLICS. C. A. 2d Cir. Certiorari denied.

No. 87–6584. DAVIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–6623. MAKER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–6638. COOKUS *v.* SALAZAR, ADMINISTRATOR, ARIZONA STATE PRISON COMPLEX AT FLORENCE. C. A. 9th Cir. Certiorari denied.